*Thursday, July 17, 1997*

## RECONSIDERATION DOCKET

**97–1102.   Come Sail Away Condominium Assn. v. Ottawa Cty. Bd. of Commrs.**
Ottawa App. No. OT–96–034.   Reported at 79 Ohio St.3d 1429, 689 N.E.2d 634.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

DOUGLAS, Acting C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

MOYER, C.J., and RESNICK, J., not participating.